JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SULA, INC., | ) Case No. CV 15-9313 FMO |
| Debtor, | ) |
| —————————————————— | ) |
| INVESTEL TWO, LLC, <u>et</u> <u>al.</u>, | ) **JUDGMENT** |
| Plaintiffs, | ) |
| v. | ) |
| SULA, INC., | ) |
| Defendant. | ) |
| —————————————————— | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.


Dated this 31st day of May, 2016.


                                                    /s/
                                          ————————————————
                                          Fernando M. Olguin
                                          United States District Judge